UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

*Filed Electronically*

----------------------------------------X

JANET MATZKE,

        Plaintiff,

v.

Civil Action No.
15-0948 (FJS)

CAROLYN W. COLVIN,
COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

**CONSENT ORDER TO REMAND PURSUANT TO SENTENCE 4 OF 42 U.S.C. 405(g)**

----------------------------------------X

It is hereby STIPULATED AND AGREED between Plaintiff, JANET MATZKE and Defendant, CAROLYN W. COLVIN, Acting Commissioner of Social Security, by the undersigned attorneys, that the final decision of the Commissioner is REVERSED, and REMANDED to the Defendant for further administrative proceedings under sentence four of 42 U.S.C. § 405(g). The Clerk will enter judgment in this case once this Stipulation and Order has been signed and so ordered by the Court. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

                      Richard S. Hartunian
                      United States Attorney
                      Northern District of New York
                      Attorney for Defendant

By:   *s/ Susan Reiss*
       Susan Reiss
       Special Assistant U.S. Attorney
       c/o Social Security Administration
       Office of the General Counsel
       26 Federal Plaza, Room 3904
       New York, NY 10278-0004
       Bar No. 513984

By: /s/Steven R. Dolson
Steven R. Dolson
Attorney for the Plaintiff
The Law Offices of Steven R. Dolson, PLLC
126 N. Salina Street, 3rd Floor
Syracuse, NY 13202
Bar No. 512788

IT IS SO ORDERED:

*[signature]*

Frederick J. Scullin, Jr.
Senior U.S. District Judge

Dated: April 19, 2016
       Syracuse, NY